982

No. 10–9834. RAMIREZ-ACOLTZI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9835. PEACOCK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–9836. SANDERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–9839. GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9840. HINES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–9841. HAMES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–9842. GRIFFITHS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9845. CLARK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–9848. SMITH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–9850. CRUZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9851. ESQUIVEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9854. PATTERSON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9856. ARRELLANO-DEPAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9857. BAILEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9859. BALDWIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9863. VEYTIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.